No. 24-2143, No. 24-2168, No. 24-2391

# In the United States Court of Appeals for the Eighth Circuit

Rhonda Burnett, et al.,

Plaintiffs – Appellees,

v.

The National Association of Realtors, HomeServices of America, BHH Affiliates, LLC, and HSF Affiliates, LLC,

Defendants,

v.

Keller Williams Realty, Inc., Anywhere Real Estate, Inc.(f/k/a Realogy Holdings Corp.), and RE/MAX, LLC,

Defendants – Appellees,

v.

James Mullis, Spring Way Center, LLC, and Benny D. Cheatham, et al.,

Objectors – Appellants

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Case No. 4:19-cv-00332 (SRB), Hon. Stephen R. Bough

**APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEFS**

Aaron D. Van Oort
Kevin P. Wagner
Hannah M. Leiendecker
**FAEGRE DRINKER
BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Aaron.VanOort@faegredrinker.com
Kevin.Wagner@faegredrinker.com
Hannah.Leiendecker@faegredrinker.com

Stacey Anne Mahoney
**MORGAN LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Stacey.Mahoney@morganlewis.com

Kenneth M. Kliebard
**MORGAN LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 324-1000
Kenneth.Kliebard@morganlewis.com

William T. McEnroe
**MORGAN LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5001
William.McEnroe@morganlewis.com

*Counsel for Defendant-Appellee Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.)*

Michael S. Ketchmark
Scott A. McCreight
**KETCHMARK & McCREIGHT, P.C.**
11161 Overbrook Road, Suite 210
Leawood, KS 66211
(913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Counsel for Plaintiff-Appellees Rhonda Burnett, et al*

Matthew D. Rowen
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8910
matthew.rowen@clementmurphy.com

Boris Bershteyn
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Tel: (212) 735-3834
boris.bershteyn@skadden.com

David C. Kully
**HOLLAND & KNIGHT LLP**
800 17th St. NW; Suite 1100
Washington, DC 20006
Tel: (202) 469-5415
david.kully@hklaw.com

*Counsel for Defendant-Appellee Keller Williams Realty, Inc.*

Jeffrey A. LeVee
**JONES DAY**
555 S. Flower Street
Los Angeles, CA 90071
Tel: (213) 489-3939
jlevee@jonesday.com

Eddie Hasdoo
**JONES DAY**
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 269-4214
ehasdoo@jonesday.com

*Counsel for Defendant-Appellee RE/MAX LLC*

Plaintiff-Appellees Rhonda Burnett, et al. and Defendant-Appellees Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.), Keller Williams Reality, Inc., and RE/MAX LLC (collectively, "Defendant-Appellees" and together with Plaintiff-Appellees, "Appellees") respectfully move the Court under 8th Cir. Local R. 27A(a)(2) to extend the deadline for filing their respective response briefs by 30 days, up to and including December 9, 2024. The request is based on the following grounds:

1. This matter is a consolidated appeal arising out of a final class settlement approval. The Appellants are three objectors to the settlement below, each of whom filed their own opening brief: (1) Objector-Appellant James Mullis (No. 24-2143), (2) Objector-Appellant Spring Way Center, LLC (No. 24-2168), and (3) Objector-Appellant Benny D. Cheatham, et al. (No. 24-2391). Per the Court's direction, No. 24-2143 is the lead docket for the consolidated matter.

2. Defendant-Appellees intend to file two response briefs, one on behalf of Anywhere and RE/MAX, and another on behalf of Keller Williams. Plaintiff-Appellees also intend to file a response brief.

3. The current deadline for Appellees to file their response briefs is November 8, 2024.

4. Appellees respectfully request that that deadline by extended by 30 days, up to and including December 9, 2024. This is Appellees' first request for an extension of a briefing deadline.

5. Appellees make this request for three reasons.

1

6. First, this is a complex appeal that requires Appellees to respond to three opening briefs, collectively totaling 103 pages, within a single set of response briefs. Appellees respectfully submit that additional time is warranted so that the defendants can coordinate and streamline their responses. This will result in a clearer and more efficient presentation of issues for the Court.

7. Second, Objector-Appellants each received a significant extension (over 30 days) to file their opening briefs.

8. Third, an extension of time will allow Appellees and their counsel to assist this Court while also fulfilling the demands of other matters, several of which have briefing and other deadlines in the coming weeks.

9. Counsel for Appellees sought Objector-Appellants' consent to this request, and each of their counsel stated that they do not oppose this motion.

WHEREFORE, Appellees respectfully requests that this Court extend the deadline for the filing of their respective response briefs to December 9, 2024.

Dated: October 22, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Aaron D. Van Oort
Aaron D. Van Oort
Kevin P. Wagner
Hannah M. Leiendecker
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Aaron.VanOort@faegredrinker.com
Kevin.Wagner@faegredrinker.com
Hannah.Leiendecker@faegredrinker.com

|  | Stacey Anne Mahoney |
|---|---|
|  | **MORGAN LEWIS & BOCKIUS LLP** |
|  | 101 Park Avenue |
|  | New York, NY 10178 |
|  | Tel: (212) 309-6000 |
|  | Stacey.Mahoney@morganlewis.com |

Stacey Anne Mahoney
**MORGAN LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Stacey.Mahoney@morganlewis.com

Kenneth M. Kliebard
**MORGAN LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 324-1000
Kenneth.Kliebard@morganlewis.com

William T. McEnroe
**MORGAN LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5001
William.McEnroe@morganlewis.com

*Counsel for Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.)*

Dated: October 22, 2024

**KETCHMARK & McCREIGHT, P.C.**

/s/ Scott A. McCreight
Michael S. Ketchmark
Scott A. McCreight
11161 Overbrook Road, Suite 210
Leawood, KS 66211
(913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Counsel for Rhonda Burnett, et al*

Dated: October 22, 2024

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Boris Bershteyn

Boris Bershteyn
One Manhattan West
New York, New York 10001
Tel: (212) 735-3834
boris.bershteyn@skadden.com

Matthew D. Rowen
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8910
matthew.rowen@clementmurphy.com

David C. Kully
**HOLLAND & KNIGHT LLP**
800 17th St. NW; Suite 1100
Washington, DC 20006
Tel: (202) 469-5415
david.kully@hklaw.com

*Counsel for Keller Williams Realty, Inc.*

Dated: October 22, 2024            **JONES DAY**

/s/ Jeffrey A. LeVee
Jeffrey A. LeVee
555 S. Flower Street
Los Angeles, CA 90071
Tel: (213) 489-3939
jlevee@jonesday.com

Eddie Hasdoo
**JONES DAY**
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 269-4214
ehasdoo@jonesday.com

*Counsel for RE/MAX LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Aaron D. Van Oort
*Counsel for Appellee Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.)*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that Appellees' unopposed motion to extend the deadline for filing Appellees' response briefs (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 32 because the Motion contains 377 words. The Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, in 14-Garamond font.

/s/ Aaron D. Van Oort
*Counsel for Appellee Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.)*